```
MIME-Version:1.0
From:neb_bkecf@neb.uscourts.gov
To:Courtmail@localhost.localdomain
Bcc:cindy_eucker@neb.uscourts.gov,Jerry.L.Jensen@usdoj.gov,acaniglia@bairdholm.com,ecf-bankru
Do not notice for BK case:

Message-Id:<8083567@neb.uscourts.gov>
Subject:Multiple Cases
```

"Sears et al v. Sears et al Order on Motion to Dismiss Adversary Proceeding" Content-Type: text/html

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30-page limit do not apply.**

## U.S. Bankruptcy Court

## District of Nebraska

Notice of Electronic Filing

The following transaction was received from dkk entered on 12/11/2014 at 3:59 PM CST and filed on 12/11/2014

**Case Name:**          Sears et al v. Sears et al
**Case Number:**        14-04062-TLS
**Document Number:** 16
**Case Name:**          Robert A Sears
**Case Number:**        10-40275-TLS
**Document Number:** 176

**Docket Text:**
Order Mooting Motion to Dismiss Adversary Proceeding filed by Defendants (Related Doc # [4]), Mooting Motion For Sanctions filed by Defendant (Related Doc # [6]), Mooting Motion To Consolidate filed by Defendants (Related Doc # [9]), Mooting Motion for Order that Statement Under Rule 9027(e) Filed One Day Late has Same Effect as if Timely Filed filed by Plaintiff (Related Doc # [14]). Motions are moot. See written opinion entered this day. HEREBY ORDERED by Judge Thomas L. Saladino. (Text only order) (dkk)

The following document(s) are associated with this transaction:


**14-04062-TLS Notice will be electronically mailed to:**

Brian J. Koenig on behalf of Defendant Rhett R. Sears Revocable Trust
brian.koenig@koleyjessen.com,
brianjkoenig@gmail.com;teri.gibbons@koleyjessen.com;angela.annan@koleyjessen.com

Brian J. Koenig on behalf of Defendant Ron H. Sears Trust
brian.koenig@koleyjessen.com,
brianjkoenig@gmail.com;teri.gibbons@koleyjessen.com;angela.annan@koleyjessen.com

Brian J. Koenig on behalf of Defendant Dane R. Sears
brian.koenig@koleyjessen.com,
brianjkoenig@gmail.com;teri.gibbons@koleyjessen.com;angela.annan@koleyjessen.com

Brian J. Koenig on behalf of Defendant Rhett R. Sears
brian.koenig@koleyjessen.com,
brianjkoenig@gmail.com;teri.gibbons@koleyjessen.com;angela.annan@koleyjessen.com

Brian J. Koenig on behalf of Defendant Ronald H. Sears
brian.koenig@koleyjessen.com,
brianjkoenig@gmail.com;teri.gibbons@koleyjessen.com;angela.annan@koleyjessen.com

Kristin Krueger on behalf of Defendant Rhett R. Sears Revocable Trust
kristin.farwell@koleyjessen.com, angela.annan@koleyjessen.com;teri.gibbons@koleyjessen.com

Kristin Krueger on behalf of Defendant Ron H. Sears Trust
kristin.farwell@koleyjessen.com, angela.annan@koleyjessen.com;teri.gibbons@koleyjessen.com

Kristin Krueger on behalf of Defendant Dane R. Sears
kristin.farwell@koleyjessen.com, angela.annan@koleyjessen.com;teri.gibbons@koleyjessen.com

Kristin Krueger on behalf of Defendant Rhett R. Sears
kristin.farwell@koleyjessen.com, angela.annan@koleyjessen.com;teri.gibbons@koleyjessen.com

Kristin Krueger on behalf of Defendant Ronald H. Sears
kristin.farwell@koleyjessen.com, angela.annan@koleyjessen.com;teri.gibbons@koleyjessen.com

Jerrold L. Strasheim on behalf of Plaintiff Robert A Sears
jls@strasheimlaw.com

Jerrold L. Strasheim on behalf of Plaintiff Robert A. Sears, Trustee
jls@strasheimlaw.com

Donald L. Swanson on behalf of Defendant Rhett R. Sears Revocable Trust
don.swanson@koleyjessen.com, teri.gibbons@koleyjessen.com;bridgett.sanne@koleyjessen.com

Donald L. Swanson on behalf of Defendant Ron H. Sears Trust
don.swanson@koleyjessen.com, teri.gibbons@koleyjessen.com;bridgett.sanne@koleyjessen.com

Donald L. Swanson on behalf of Defendant Dane R. Sears
don.swanson@koleyjessen.com, teri.gibbons@koleyjessen.com;bridgett.sanne@koleyjessen.com

Donald L. Swanson on behalf of Defendant Rhett R. Sears
don.swanson@koleyjessen.com, teri.gibbons@koleyjessen.com;bridgett.sanne@koleyjessen.com

Donald L. Swanson on behalf of Defendant Ronald H. Sears
don.swanson@koleyjessen.com, teri.gibbons@koleyjessen.com;bridgett.sanne@koleyjessen.com

**14-04062-TLS Notice will not be electronically mailed to:**

Korley B Sears
RR2 Box 308
Ainsworth, NE 69210

**10-40275-TLS Notice will be electronically mailed to:**

Commodity Credit Corporation - USDA (CCC)
sue.cromer@ne.usda.gov, doug.klein@ne.usda.gov;sarah.kraeger@ne.usda.gov

Patricia Fahey
ustpregion13.om.ecf@usdoj.gov

Gregory S. Frayser on behalf of Interested Party Kyle Gifford and Gifford and Cox, LLC
gfrayser@clinewilliams.com, dhilger@clinewilliams.com

Jeffrey P. Galyen on behalf of Creditor TARPP, P.C. dba Waldo Realty
jeff@krotterhoffman.com, efiling@krotterhoffman.com

Richard P. Garden, Jr. on behalf of Interested Party Colin Harthoorn
rgarden@clinewilliams.com, dhilger@clinewilliams.com

Richard P. Garden, Jr. on behalf of Interested Party Ryan Ortner
rgarden@clinewilliams.com, dhilger@clinewilliams.com

John C. Hahn on behalf of Creditor Brown County Attorney
bankruptcy@jhhz.net

Jerry L. Jensen on behalf of U.S. Trustee Patricia Fahey
Jerry.L.Jensen@usdoj.gov

Brian J. Koenig on behalf of Creditor Rhett R. Sears Revocable Trust
brian.koenig@koleyjessen.com,
brianjkoenig@gmail.com;teri.gibbons@koleyjessen.com;angela.annan@koleyjessen.com

Brian J. Koenig on behalf of Creditor Ron H. Sears Trust
brian.koenig@koleyjessen.com,
brianjkoenig@gmail.com;teri.gibbons@koleyjessen.com;angela.annan@koleyjessen.com

Brian J. Koenig on behalf of Creditor Dane Sears

brian.koenig@koleyjessen.com,
brianjkoenig@gmail.com;teri.gibbons@koleyjessen.com;angela.annan@koleyjessen.com

Brian J. Koenig on behalf of Creditor Rhett Sears
brian.koenig@koleyjessen.com,
brianjkoenig@gmail.com;teri.gibbons@koleyjessen.com;angela.annan@koleyjessen.com

Brian J. Koenig on behalf of Creditor Ronald Sears
brian.koenig@koleyjessen.com,
brianjkoenig@gmail.com;teri.gibbons@koleyjessen.com;angela.annan@koleyjessen.com

Brian J. Koenig on behalf of Defendant Rhett R. Sears Revocable Trust
brian.koenig@koleyjessen.com,
brianjkoenig@gmail.com;teri.gibbons@koleyjessen.com;angela.annan@koleyjessen.com

Brian J. Koenig on behalf of Defendant Ron H. Sears Trust
brian.koenig@koleyjessen.com,
brianjkoenig@gmail.com;teri.gibbons@koleyjessen.com;angela.annan@koleyjessen.com

Brian J. Koenig on behalf of Defendant Dane R. Sears
brian.koenig@koleyjessen.com,
brianjkoenig@gmail.com;teri.gibbons@koleyjessen.com;angela.annan@koleyjessen.com

Brian J. Koenig on behalf of Defendant Rhett R. Sears
brian.koenig@koleyjessen.com,
brianjkoenig@gmail.com;teri.gibbons@koleyjessen.com;angela.annan@koleyjessen.com

Brian J. Koenig on behalf of Defendant Ronald H. Sears
brian.koenig@koleyjessen.com,
brianjkoenig@gmail.com;teri.gibbons@koleyjessen.com;angela.annan@koleyjessen.com

Kristin Krueger on behalf of Creditor Ron H. Sears Trust
kristin.farwell@koleyjessen.com, angela.annan@koleyjessen.com;teri.gibbons@koleyjessen.com

Kristin Krueger on behalf of Defendant Rhett R. Sears Revocable Trust
kristin.farwell@koleyjessen.com, angela.annan@koleyjessen.com;teri.gibbons@koleyjessen.com

Kristin Krueger on behalf of Defendant Ron H. Sears Trust
kristin.farwell@koleyjessen.com, angela.annan@koleyjessen.com;teri.gibbons@koleyjessen.com

Kristin Krueger on behalf of Defendant Dane R. Sears
kristin.farwell@koleyjessen.com, angela.annan@koleyjessen.com;teri.gibbons@koleyjessen.com

Kristin Krueger on behalf of Defendant Rhett R. Sears
kristin.farwell@koleyjessen.com, angela.annan@koleyjessen.com;teri.gibbons@koleyjessen.com

Kristin Krueger on behalf of Defendant Ronald H. Sears
kristin.farwell@koleyjessen.com, angela.annan@koleyjessen.com;teri.gibbons@koleyjessen.com

James Overcash on behalf of Creditor Joseph Badami
jovercash@woodsaitken.com, kpaul@woodsaitken.com;rneumeier@woodsaitken.com

Frank M. Schepers on behalf of Creditor Kelli K. Dunn
fschepers@ldmlaw.com, jgrisinger@ldmlaw.com

Jerrold L. Strasheim on behalf of Debtor Robert A Sears
jls@strasheimlaw.com

Jerrold L. Strasheim on behalf of Plaintiff Robert A Sears
jls@strasheimlaw.com

Jerrold L. Strasheim on behalf of Plaintiff Robert A. Sears, Trustee
jls@strasheimlaw.com

Donald L. Swanson on behalf of Creditor Rhett R. Sears Revocable Trust
don.swanson@koleyjessen.com, teri.gibbons@koleyjessen.com;bridgett.sanne@koleyjessen.com

Donald L. Swanson on behalf of Creditor Ron H. Sears Trust
don.swanson@koleyjessen.com, teri.gibbons@koleyjessen.com;bridgett.sanne@koleyjessen.com

Donald L. Swanson on behalf of Creditor Dane Sears
don.swanson@koleyjessen.com, teri.gibbons@koleyjessen.com;bridgett.sanne@koleyjessen.com

Donald L. Swanson on behalf of Creditor Rhett Sears
don.swanson@koleyjessen.com, teri.gibbons@koleyjessen.com;bridgett.sanne@koleyjessen.com

Donald L. Swanson on behalf of Creditor Ronald Sears
don.swanson@koleyjessen.com, teri.gibbons@koleyjessen.com;bridgett.sanne@koleyjessen.com

Donald L. Swanson on behalf of Defendant Rhett R. Sears Revocable Trust
don.swanson@koleyjessen.com, teri.gibbons@koleyjessen.com;bridgett.sanne@koleyjessen.com

Donald L. Swanson on behalf of Defendant Ron H. Sears Trust
don.swanson@koleyjessen.com, teri.gibbons@koleyjessen.com;bridgett.sanne@koleyjessen.com

Donald L. Swanson on behalf of Defendant Dane R. Sears
don.swanson@koleyjessen.com, teri.gibbons@koleyjessen.com;bridgett.sanne@koleyjessen.com

Donald L. Swanson on behalf of Defendant Rhett R. Sears
don.swanson@koleyjessen.com, teri.gibbons@koleyjessen.com;bridgett.sanne@koleyjessen.com

Donald L. Swanson on behalf of Defendant Ronald H. Sears
don.swanson@koleyjessen.com, teri.gibbons@koleyjessen.com;bridgett.sanne@koleyjessen.com

Brandon R. Tomjack on behalf of Creditor Farm Credit Services
btomjack@bairdholm.com, lzeno@bairdholm.com

Russell A. Westerhold on behalf of Creditor Rolling Stone Land & Cattle, L.L.C.
rwesterhold@fraserstryker.com, vkuck@fraserstryker.com

T. Randall Wright on behalf of Creditor Farm Credit Services
rwright@bairdholm.com, acaniglia@bairdholm.com;ecf-bankruptcy@bairdholm.com

**10-40275-TLS Notice will not be electronically mailed to:**

Darrell G. Eskam
Eskam & Eskam
1555 11th Street
PO Box 518
Gering, NE 69341-0518

Michael B. Kratville on behalf of Creditor RXL Trust
11920 Burt Street
Suite 145
Omaha, NE 68154

Nebraska Department of Revenue
Attn: Bankruptcy Unit
P.O. Box 94818
Lincoln, NE 68509-4818